FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 2 3 2015

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSE JAMES PATTERSON, JR. | Criminal Indictment<br><br>No. 2:15-CR-0024 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about December 16, 2014, in the Northern District of Georgia, the defendant, JESSE JAMES PATTERSON, JR., having been convicted of at least one of the following felony offenses:

(1)  on or about June 25, 2009, in the United States District Court for the Northern District of New York, case number 5:08-CR-131-FJS, Felon in Possession of a Firearm;

(2)  on or about March 27, 1998, in the Supreme Court for Oneida County, New York, case number 197-336, the offenses of Count One, Criminal Possession of a Weapon, Second Degree, (265.03), Class C Felony, Count Two, Criminal Possession of a Weapon Third Degree, (265.02), Class D Felony;

each of the aforesaid offenses being for a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Smith & Wesson, Model 4006, .40 caliber handgun, bearing serial number TFD1838,

said possession being in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### Forfeiture

As a result of committing the offense alleged in this Indictment, the defendant, JESSE JAMES PATTERSON, JR., shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461 all firearms and ammunition involved in said offense, including but not limited to the following: one Smith & Wesson, Model 4006, .40 caliber handgun, bearing serial number TFD1838.

A _____TRUE_____ BILL

_____
FOREPERSON

JOHN A. HORN
*Acting United States Attorney*

*[signature]*

WILLIAM L. MCKINNON, JR.
*Assistant United States Attorney*
Georgia Bar No. 495812

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2